1  WILLIAM C. ROOKLIDGE #134483  **ENTER    JS6**
   GREGORY S. CORDREY #190144
2  HOWREY LLP
   4 Park Plaza, Suite 1700
3  Irvine, California 92614
   Telephone: (949) 721-6900
4  Facsimile: (949) 721-6910

5  Attorneys for Plaintiff AVERY DENNISON CORPORATION
   and AVERY DENNISON OFFICE PRODUCTS COMPANY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVERY DENNISON CORPORATION, AVERY DENNISON OFFICE PRODUCTS COMPANY, <br><br>         Plaintiffs, <br><br>     vs. <br><br> MAFCOTE, INC., GEOGRAPHICS LLC, ROYAL CONSUMER PRODUCTS LLC, <br><br>         Defendants. | Case No. CV07-7103-R (JWJx) <br><br> **[PROPOSED] ORDER RE CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

DM_US:20987332_1

In settlement of this action, Avery Dennison Corporation and Avery Dennison Office Products Company (collectively, "Avery Dennison") for its complaint against Mafcote, Inc., Geographics LLC, and Royal Consumer Products LLC (collectively, "Mafcote") have executed a Confidential Settlement Agreement (the "Agreement") and Stipulated Consent Judgment and Permanent Injunction ("Stipulated Consent Judgment") concurrently filed herewith. Further to that Agreement and Stipulated Consent Judgment, and good cause appearing therefore, IT IS HEREBY ORDERED:

1. That this Court has subject matter jurisdiction over this action under 28 U.S.C. Sections 1331 and 1338(a);

2. That Avery Dennison owns United States Patent No. 7,288,163 (the "'163 Patent");

3. That Avery Dennison alleges infringement of the '163 Patent by way of Mafcote's manufacture, use, offer for sale, sale and importation of certain OfficeMax and Geographics branded products known as "Clean Cut" non-perforated business cards (the "Mafcote Accused Product");

4. That Mafcote agrees not to challenge the validity or enforceability of the '163 Patent only with respect to the Mafcote Accused Product in any forum in the future;

5. That Mafcote and its agents, servants, employees, officers, directors, attorneys, successors and assigns, and all persons in active concert or participation with it who receive actual notice of this order by personal service or otherwise, be enjoined pursuant to Rule 65 of the Federal Rules of Civil Procedure beginning March 17, 2008 for any of the below dealings with OfficeMax, and beginning June 17, 2008 otherwise from engaging in any of the following activities without the express permission of Avery Dennison:

    a. Manufacturing, producing, distributing, selling, offering for sale, advertising, promoting, displaying, marketing, copying or importing and otherwise

commercially using in interstate commerce and in this judicial district the Mafcote Accused Product;

      b. Attempting to perform any of the acts identified in paragraph 5(a) above; and

      c. Assisting, aiding or abetting any third party in performing any of the acts identified in paragraph 5(a) above; and

6. That this Court shall retain jurisdiction to consider any dispute or action to enforce the terms of this Consent Judgment or of the parties' Agreement, the terms of which are incorporated herein by reference.

7. That each party bears its own costs and attorneys' fees in this action.

///

**IT IS SO ORDERED:**

**DATED: _JANUARY 29, 2008**          _____
                                                **Hon. Manuel L. Real**
                                                **United States District Judge**

DM_US:20987332_1